**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DANIEL CORE,** *et al.*<br><br>       Plaintiffs,<br><br>vs.<br><br>**TRUBRIDGE, INC.,** *et al.*<br><br>       Defendants. | **CASE NO. 5:17-cv-02551**<br><br>**MAG. JUDGE GEORGE J. LIMBERT** |

## AGREED STIPULATION AND ORDER

It is hereby agreed and stipulated by Plaintiffs Daniel Core and Brittany Ashby ("Plaintiffs") and Defendants TruBridge, Inc., TZ Insurance Solutions, LLC, and MG LLC d/b/a TRANZACT ("Defendants") (collectively, the "Parties") that the Parties have reached a settlement of Plaintiffs' claims which were brought under the Fair Labor Standards Act and Ohio law.  The settlement was negotiated at arm's length by experienced counsel who protected the rights of the respective Parties.  The settlement reflects a reasonable compromise concerning bona fide disputes between the Parties with respect to liability and the amount of same (if any) under the Fair Labor Standards Act and Ohio law.  The Parties further stipulate that the amounts and terms of the settlement are full, fair, and just compensation for the claims of the Plaintiffs.

Accordingly, the Parties agree and stipulate that this action be dismissed in its entirety, with prejudice.

| | |
|---|---|
| */s/ Matthew J.P. Coffman* <br> Matthew J.P. Coffman, Esq. <br> Coffman Legal, LLC <br> 1457 S. High Street <br> Columbus, Ohio 43207 <br> Fax: (614) 386-9964 <br> mcoffman@mcoffmanlegal.com | */s/ Karen A. Doner* <br> Karen A. Doner (VSB #40999), *pro hac vice* <br> Doner Law, PLC <br> 1750 Tysons Boulevard, Suite 1500 <br> Tysons Corner, Virginia 22102 <br> Tel: (703) 462-5471 \| Fax: (703) 462-5437 <br> kdoner@donerlawplc.com |
| */s/ Peter Contreras* <br> Peter Contreras, Esq. <br> Contreras Law, LLC <br> P.O. Box 215 <br> Amlin, Ohio 43002 <br> Fax: (614) 923-7369 <br> peter.contreras@contrerasfirm.com <br><br> *Counsel for Plaintiffs* | */s/ Scott M. Zurakowski* <br> Scott M. Zurakowski (0069040), <br> Karen S. McQueen (0016883) <br> Krugliak, Wilkins, Griffiths & Dougherty <br> 4775 Munson Street, N.W./P.O. Box 36963 <br> Canton, Ohio  44735-6963 <br> Tel: (330) 497-0700 \| Fax: (330) 497-4020 <br> szurakowski@kwgd.com <br> kmcqueen@kwgd.com <br><br> *Counsel for Defendants* |

SO ORDERED:

| | |
|---|---|
| May 23, 2018 <br> Date | /s/George J. Limbert <br> George J. Limbert, <br> Magistrate Judge |